RECEIVED
IN ALEXANDRIA, LA.

AUG 3 1 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MERVIN ROY | CIVIL ACTION NO. 08-1735 |
| VERSUS | JUDGE TRIMBLE |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, noting the absence of objections thereto, and concurring with the magistrate judge's findings under applicable law, it is

**ORDERED** that Roy's appeal be **GRANTED**, the final decision of the Commissioner be **REVERSED AND VACATED**, the Commissioner's motion for remand (R. 10) be **GRANTED**, and the case be **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting additional proceedings (including a hearing) which comply with the Hearings, Appeals and Litigation Law Manual procedures pertaining to subpoenas, as well as all of the provisions of the Appeal Council's remand order dated June 28, 2006 and to issue new findings and a new decision. It is further **ORDERED** that the new proceedings on remand be conducted in an expedited manner.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 31st day of August, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE