RECEIVED
IN ALEXANDRIA, LA.
OCT - 8 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| MERVIN ROY | CIVIL ACTION NO. 08-1735 |
|---|---|
| VERSUS | JUDGE TRIMBLE |
| SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is the report and recommendation[1] of the magistrate judge wherein he recommends that plaintiff's motion for attorney fees[2] in the amount of $4312.50 and costs in the amount of $13.05 be granted in full pursuant to 28 U.S.C. § 2412(d), the Equal Access to Justice Act. Also before the court is plaintiff's timely objection to the report and recommendation,[3] arguing that the judgment should award plaintiff the sum of $5175 for reasonable attorney fees and $13.05 for costs.

Examining plaintiff's original motion and itemized list of services rendered,[4] we agree that, under the magistrate judge's reasoning that $150 per hour is reasonable in this area (with which we agree), plaintiff is entitled to $5175.00 in attorney fees for the 34.5 hours of services rendered, plus costs in the amount of $13.05.[5] Therefore, we adopt the report and recommendation of the magistrate judge only as it sets forth the reasoning for the granting of the award of attorney fees and costs, finding, after a de novo review of the entire record and written

---

[1] R. 17.
[2] R. 14.
[3] R. 18.
[4] R. 14.
[5] $4312.50 was the amount prayed for in plaintiff's motion. The court notes that the total $4312.50 for reasonable attorney fees is correct if an hourly rate of $125 is assumed, but becomes inaccurate under the magistrate judge's conclusion that $150 per hour is the reasonable rate in Lake Charles, Louisiana, where plaintiff's attorney is located.

1

objections filed herein, that its conclusions are correct under applicable law. That portion of the report and recommendation setting forth the specific amount of the award is not adopted by this court for the reasons expressed above. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's motion is GRANTED and that the sum of $5188.05 is AWARDED to plaintiff. Accordingly, it is further

**ORDERED, ADJUDGED** and **DECREED** that defendant, herein taxed with such reasonable attorney fees and costs, shall satisfy this judgment in full, thereby rendering to plaintiff the entire sum of $5188.05 without unjust delay.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 8th day of October, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE